Certificate Number: 17572-PAE-DE-035759716

Bankruptcy Case Number: 16-13699



17572-PAE-DE-035759716

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2021, at 11:20 o'clock AM PDT, Margaret T Piscitelli completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 15, 2021            By:    /s/Benjamin E Wunsch

                                 Name:  Benjamin E Wunsch

                                 Title: Counselor