United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13699-mdc |
| Margaret T. Piscitelli | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Margaret T. Piscitelli, 2567 Valley View Rd, Bensalem, PA 19020-2262 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 13732664 | | AAA - FIA Card Services, PO Box 982235, El Paso, TX 79998-2235 |
| 13732665 | | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 13764509 | | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13805874 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13761543 | + | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 13732669 | | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 13789915 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13732671 | | Continental Service Group, Inc., PO Box 7, Fairport, NY 14450-0007 |
| 13997063 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14564257 | + | Federal Home Loan Mortgage Corporation,, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14566458 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14563879 | + | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13732676 | | John R. Piscitelli, 2567 Valley View Rd, Bensalem, PA 19020-2262 |
| 13763384 | + | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |
| 13766516 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14310077 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, PA 19047-1818 |
| 13818516 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13732682 | | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 14399704 | + | SPECIALIZED LOAN SERVICING LLC, C/O KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14298742 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13732685 | | Thomas Jefferson University, 833 Chestnut St Ste 900, Philadelphia, PA 19107-4418 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | Jul 30 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: usapae.bankruptcynotices@usdoj.gov | + | Jul 30 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/PDF: gecsedi@recoverycorp.com | | Jul 30 2021 23:32:20 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13732667 | Email/Text: legal@arsnational.com | | Jul 30 2021 23:22:00 | ARS National Services, Inc., PO Box 469100, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13732666 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:22:00 | Escondido, CA 92046-9100 Ann Taylor - Comenity Bank, PO Box 659569, San Antonio, TX 78265-9569 |
| 13809597 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 30 2021 23:23:00 | CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 13732670 | | Email/Text: cms-bk@cms-collect.com | Jul 30 2021 23:22:00 | Capital Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 13732679 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:32:16 | Macy's, PO Box 78008, Phoenix, AZ 85062-8008 |
| 13804247 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2021 23:22:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13732672 | | Email/Text: mrdiscen@discover.com | Jul 30 2021 23:22:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 13740938 | | Email/Text: mrdiscen@discover.com | Jul 30 2021 23:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13732673 | | Email/Text: egssupportservices@alorica.com | Jul 30 2021 23:23:00 | EGS, PO Box 1020, Horsham, PA 19044-8020 |
| 13732674 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2021 23:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13732675 | | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:24 | JC Penny, PO Box 965060, Orlando, FL 32896-5060 |
| 13732677 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 30 2021 23:22:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 13732678 | | Email/Text: camanagement@mtb.com | Jul 30 2021 23:22:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 13786589 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2021 23:22:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13732681 | | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:20 | Old Navy - Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 13803846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2021 23:32:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13741015 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13753754 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2021 23:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13739105 | | Email/PDF: rmscedi@recoverycorp.com | Jul 30 2021 23:32:25 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13732683 | | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:14 | Sam's Club Credit, PO Box 965060, Orlando, FL 32896-5060 |
| 13732684 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:32:16 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 13818806 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13793185 | | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:20 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 13757519 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 30 2021 23:23:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 13732686 | | Email/Text: bnc@alltran.com | Jul 30 2021 23:22:00 | United Recovery Systems, PO Box 722910, |

| 13732687 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Houston, TX 77272-2910 |
|---|---|---|---|
| | | Jul 30 2021 23:22:00 | Victoria Secret - Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13732668 | ## | BCWSA, PO Box 3333, Harleysville, PA 19438-0900 |
| 13732680 | ## | NELNET Dept. of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021           Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Caliber Home Loans Inc. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Caliber Home Loans Inc. paeb@fedphe.com |
| JOSHUA Z. GOLDBLUM | on behalf of Debtor Margaret T. Piscitelli jgoldblum@lasp.org |
| KEVIN S. FRANKEL | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor Caliber Home Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Margaret T. Piscitelli mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com |
| SIOBHAN D. BYRNES | on behalf of Creditor Bucks County Water and Sewer Authority sbyrnes@begleycarlin.com brossmann@begleycarlin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |

District/off: 0313-2 | User: admin | Page 4 of 4

Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 53

WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Margaret T. Piscitelli
        Debtor(s)                                         Bankruptcy No: 16−13699−mdc
                                                             Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                     For The Court
                                                           Timothy B. McGrath
                                                             Clerk of Court

Dated: 7/30/21

                                                                                                 77 − 76
                                                                                         Form 138_new