*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                 : Chapter 13

Margaret T. Piscitelli                       : Case No. 16–13699–mdc

      Debtor(s)

### *ORDER*
_____

AND NOW, this day , November 16, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                                     By The Court

                                                                     Magdeline D. Coleman
                                                                     Chief Judge , United States Bankruptcy Court