United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 16-13699-mdc

Margaret T. Piscitelli                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                        Page 1 of 2

Date Rcvd: Nov 16, 2021                 Form ID: 195                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

**Recip ID**            **Recipient Name and Address**
db                      Margaret T. Piscitelli, 2567 Valley View Rd, Bensalem, PA 19020-2262

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021                   Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:**

**Name**                        **Email Address**

JEROME B. BLANK
                                on behalf of Creditor Caliber Home Loans Inc. paeb@fedphe.com

JOSEPH ANGEO DESSOYE
                                on behalf of Creditor Caliber Home Loans Inc. paeb@fedphe.com

JOSHUA Z. GOLDBLUM
                                on behalf of Debtor Margaret T. Piscitelli jgoldblum@lasp.org

KENNETH E. WEST
                                ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
                                on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com

MARIO J. HANYON
                                on behalf of Creditor Caliber Home Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL P. KELLY
                                on behalf of Debtor Margaret T. Piscitelli mpkpc@aol.com r47593@notify.bestcase.com

REBECCA ANN SOLARZ
                                on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Nov 16, 2021

Form ID: 195

Total Noticed: 1

Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SIOBHAN D. BYRNES

on behalf of Creditor Bucks County Water and Sewer Authority sbyrnes@begleycarlin.com  brossmann@begleycarlin.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Margaret T. Piscitelli                                         : Case No. 16−13699−mdc

        Debtor(s)

### *ORDER*
_____

    AND NOW, this day , November 16, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                          By The Court

                                          Magdeline D. Coleman
                                          Chief Judge , United States Bankruptcy Court