**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Margaret T. Piscitelli |
| | aka Margaret T. Boyer |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case number | 16-13699-AMC |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 17-2

**Last four digits** of any number you use to identify the debtor's account: 1833

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2020

**New total payment:**
Principal, interest, and escrow, if any  $1,433.51

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $471.49    New escrow payment: $472.25

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: ____%    New interest rate: ____%
   Current principal and interest payment $____    New principal and interest payment: $____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: ____
   Current mortgage payment: $____    New mortgage payment: $____

| Debtor 1 | Margaret | T. | Piscitelli | Case Number *(if known)* | 16-13699-AMC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ John J. Rafferty
Signature

Date: 12/20/2019

Print: **John J. Rafferty**
First Name   Middle Name   Last Name

Title: Authorized Agent for Specialized Loan Servicing, LLC

Company: Bonial & Associates, P.C.

Address: 14841 Dallas Parkway, Suite 425
Number   Street

Dallas, Texas  75254
City   State   Zip Code

Contact phone: (972) 643-6600

Email: POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 20, 2019 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Margaret T. Piscitelli
2567 Valley View Rd
Bensalem, PA 19020-2262


**Debtors' Attorney**
JOSHUA Z. GOLDBLUM
826 Bustleton Pike
Suite 101B
Feasterville, PA 19053

**Chapter 13 Trustee**
WILLIAM C. MILLER, Esq.
P.O. Box 1229
Philadelphia, PA 19105

                                                      Respectfully Submitted,

                                                      /s/ **John J. Rafferty**