**Fill in this information to identify the case:**

Debtor 1 <u>MARGARET T PISCITELLI</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the  <u>EASTERN DISTRICT OF PENNSYLVANIA</u>

Case number <u>16-13699</u>

---

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change   12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1

**Court claim no.** (if known): <u>17-2</u>

**Last four digits** of any number you use to identify the debtor's account:  7749

**Date of payment change:** <u>10/01/2021</u>
Must be at least 21 days after date of this notice

**New total payment:**    $ <u>1430.67</u>
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>172.39</u>    **New escrow payment:** **$<u>469.41</u>**

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 1

Debtor1 <u>MARGARET T PISCITELLI</u>                Case Number (*If known*):16-13699
         First Name    Middle Name    Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Rebecca A. Solarz                              Date June 23, 2021
  Signature

Print:   <u>Rebecca A. Solarz</u>                    Title <u>Attorney for Creditor</u>
         First Name    Middle Name    Last Name

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>     <u>Market Street, Suite 5000</u>
         Number        Street
         <u>Philadelphia,</u>            <u>PA</u>    <u>19106</u>
         City                          State   ZIP Code

Contact phone <u>(215) 627–1322</u>    Email <u>rsolarz@kmllawgroup.com</u>