# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Margaret T. Piscitelli aka Margaret T. Boyer<br><br>        **Debtor(s)** | BK NO. 16-13699 MDC<br><br>Chapter 13 |
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1**<br><br>        **Movant**<br><br>  vs.<br><br>**Margaret T. Piscitelli aka Margaret T. Boyer**<br><br>        **Debtor(s)**<br><br>**William C. Miller Esq.**, Trustee | Related to Claim No. 17 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 24, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Margaret T. Piscitelli aka Margaret T. Boyer
2567 Valley View Rd
Bensalem, PA 19020-2262

Attorney for Debtor(s)
Joshua Z. Goldblum, Esq.

Legal Aid of Southeastern Pennsylvania
1290 Veterans Highway, Box 809
Bristol, PA 19007

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service: electronic means or first class mail

Dated: June 24, 2021

                **/s/Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                Phone: (215) 825-6327
                Email: rsolarz@kmllawgroup.com